Decided September 8, 2004

## PREMIER CAPITAL, INC. *v.* DAVID S. GROSSMAN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 82 Conn. App. 390 (AC 24136), is denied.

*David S. Grossman,* in support of the petition.

*Neal L. Moskow,* in opposition.

Decided September 8, 2004